IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00159-MR-WCM

| | | |
|---|---|---|
| PAKUJA CRYSTAL VANG, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| VALDESE WEAVER; | ) | |
| and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court *sua sponte* following the filing of a Notice of Removal (the "Notice," Doc. 1) by Defendant Valdese Weavers, LLC ("Valdese").

The Notice indicates that, on April 29, 2024, Valdese received an envelope containing an unfiled copy of a complaint and motion for injunctive relief, and that, subsequently, Valdese received a different unfiled complaint. Valdese states that, to date, it has not received a file-stamped copy of either complaint.

The Notice also states, however, that "[a]ccording to the Clerk of Superior Court, Ms. Vang filed a complaint in Burke County Superior Court on April 25, 2024, based upon which the Clerk issued a summons and assigned the action File Number 24-CVS-567." Doc. 1 at ¶ 3.

1

Pursuant to 28 U.S.C. § 1447(b), Valdese is directed to file, on or before **June 14, 2024**, a copy of the entire state court record of the proceeding upon which Valdese's Notice of Removal is based.

It is so ordered.

Signed: May 31, 2024

W. Carleton Metcalf
United States Magistrate Judge